UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――
HITEKS SOLUTIONS, INC.,
                        Plaintiff,

            -v-

CITIBANK, N.A., *et al.*,
                        Defendants.
―――――――――――――――――――――――――

25-CV-200 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On March 25, 2025, the Court ordered Defendant Citibank, N.A. ("Citibank") to file its anticipated motion to compel arbitration by April 7, 2025, and that Plaintiff Hiteks Solutions, Inc. ("Hiteks") would file its opposition by April 21, 2025 and Citibank would file its reply by April 28, 2025.  (ECF No. 15; *see* ECF No. 13.)  Citibank filed the motion, and Hiteks opposed, pursuant to that schedule.  (ECF Nos. 16, 20.)  Then, instead of filing a reply, Citibank submitted a letter on April 24, 2025—more than two weeks after its deadline to file a motion to compel arbitration—seeking to withdraw its original motion and file a corrected motion identifying an earlier agreement to arbitrate.  (ECF No. 21.)  Hiteks opposes that request.  (ECF No. 22.)

"It is well established that district courts possess the 'inherent power' and responsibility to manage their dockets 'so as to achieve the orderly and expeditious disposition of cases.'"  *In re World Trade Ctr. Disaster Site Litig.*, 722 F.3d 483, 487 (2d Cir. 2013) (quoting *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962)).  Given the stage of briefing at this point and Citibank's forfeiture of reliance on the prior arbitration agreement in its motion, the Court grants Citibank leave to withdraw and refile its motion to compel arbitration only if it reimburses Hiteks for the attorney's fees and costs expended in opposing the original motion.

1

If Citibank elects to withdraw and refile its motion to compel arbitration, Citibank shall file the new motion on or before May 16, 2025. Hiteks shall file an opposition on or before May 30, 2025. Citibank shall file a reply on or before June 6, 2025.

If Citibank elects to rely on its original motion to compel arbitration, Citibank shall file a reply in further support of that motion on or before May 16, 2025.

SO ORDERED.

Dated: May 12, 2025
New York, New York

_____
J. PAUL OETKEN
United States District Judge