UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

Hiteks Solutions, Inc.,                                          Civil Action No: 1:25-cv-200 (JPO)

                *Plaintiff*,

— against —

                                                     **CERTIFICATION OF**
Citibank, N.A.; John Does 1-5; and             **MICHAEL J. DEBENEDICTIS**
ABC Corporations 1-5;

                *Defendants*.
--------------------------------------------------------X

      Michael J. DeBenedictis, Esq., pursuant to 28 U.S.C. § 1746 hereby certifies to the following:

      1.      I am the managing member of DeBenedictis & DeBenedictis LLC, and along with co-counsel represent plaintiff Hiteks Solutions, Inc.

      2.      I make this declaration in support of a proposed sur-reply in opposition to defendant Citibank, N.A.'s ("Citibank") motion to compel arbitration (ECF No 26-32) and do so to the best of my knowledge and belief.

      3.      On May 12, 20025, this Court granted Citibank leave to file the above-referenced motion on the condition that Citibank reimburses Plaintiff for its attorney fees and costs incurred in responding to the initial motion. (Oetken Order, May 12, 2025, ECF No. 23; the "Order").

      4.      Shortly thereafter, I first demanded payment of fees under the Order within days of issuance thereof via a series of telephone calls with Anthony J. Bosco, outside counsel for Citibank, as part of an attempted global compromise.

5.     During the call, I represented to counsel for Citibank that my client would be willing to reach a global settlement of this matter to cover damages to Plaintiff and Plaintiff's attorney fees due, which Plaintiff was willing to discount to promote an amicable resolution of this matter. I specifically represented that any such fee settlement would be inclusive of all fees, and that no additional bill for fees would be presented related to the Order should a global compromise be reached.

6.     Thereafter, as there was no reolution, on May 27, 2025, my co-counsel wrote to Citibank demanding payment of fees for its work responding to the First Motion, and provided Citibank with a detailed time log and invoice.

7.     In the letter, Plaintiff requested payment of fees within three business days, and provided wire instructions for the payment.

8.     To date, Citibank has not responded to the letter, disputed the fee amount, or paid the fees.

9.     On May 30, 2025, when Plaintiff filed its response to Citibank's Second Motion, it noted that Citibank has yet to comply with the Order and pay fees. *See* ECF No. 29, at page 1, note 1.

10.    The specific language is a follows: "At this time Plaintiff does not have reason to believe that Citibank will refuse to comply with this Court's Order, but should Citibank do so, Plaintiff respectfully requests that this Court deny Citibank's Second Motion with prejudice for failing to comply with the Order." *Id*.

11.    In its reply memorandum, Citibank did not acknowledge or address Plaintiff's aforementioned point, nor did Citibank mention or address this Court's Order regarding payment of fees. *See* ECF No. 32.

12. On June 3, 2025, counsel for Citibank emailed counsel for Plaintiff requesting consent to an extension for Citibank to file its reply for the Second Motion.

13. On June 3, 2025, I consented to the request, and in the same email, once again inquired about Citibank's position on fees, requested a response, offered to discuss, and set a final deadline for a response of June 6, 2025.

14. Citibank acknowledged the consent to the extension, but Citibank did not respond to or acknowledge the request regarding fees.

15. At no time prior to the making of this Declaration has Citibank disputed the total fee detailed in the May 27th invoice.

I hereby certify under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Executed on this 15th day of June, 2025

*/s/ Michael J. DeBenedictis*
Michael J. DeBenedictis, Esq.